UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| V.B. and R.B., individually and as next Friends of S.B., <br> Plaintiffs, <br><br> v. <br><br> MONROE BOARD OF EDUCATION, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.: <br><br> 3:22cv174(AWT) <br><br> JAN 31 2022 PM3:18 <br> FILED - USDC - BPT - CT <br><br> January 31, 2022 |

## MOTION FOR PERMISSION
## TO USE PSEUDONYMS

This civil action is an appeal by plaintiffs VB and RB ("Parents"), as next friend of SB ("Student"), brought against the Monroe Board of Education ("Board") pursuant to, and in accordance with, the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400, *et seq.*, as well as Conn. Gen. Stat. §§10-76(d)(4) and 4-183. Plaintiffs seek reversal of that portion of an administrative decision dated December 15, 2021 which made erroneous findings and granted an inadequate remedy for the failure to provide SB with a free appropriate public education, as required by IDEA.

Pursuant to the privacy provisions set forth in the IDEA and the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232g, *et seq.*, Fed. R. Civ. P. 5.2, and D.Conn. Local R. Civ. P. 5(e)(8), plaintiffs seek leave to proceed in this action against the Board using fictitious names. In support of their motion, plaintiffs represent as follows:

1.  This is an appeal from a decision following a due process hearing conducted by the parties before the Connecticut Department of Education pursuant to the IDEA and relevant state laws.

1

2. The student, SB's, name and identity were kept confidential throughout the due process proceedings. The hearing officer's decision used pseudonyms. Many of the records that are part of the administrative record in this case concern SB, identify SB, who is 14 years old and therefore a minor.

3. SB's educational records are confidential pursuant to FERPA. If SB or his parents are named in this action, it will result in information about his education, to become public.

4. Plaintiffs have accordingly prepared the accompanying complaint in a manner that conceals the true names of the plaintiffs and the Student in order to protect SB's privacy interests.

5. This case involves matters that are highly sensitive and of a personal nature to SB and his parents.

6. Plaintiffs do not believe that there is a compelling need for the publication of SB's identity, especially in light of the privacy protections set forth in FERPA and the privacy protections regarding SB as a minor in D. Conn. Local R. Civ. P. 5(e)(8).

7. At this time no other mechanisms exist for protecting the confidentiality of SB or his parents.

WHEREFORE, plaintiffs should be granted leave to bring this action against the Board using pseudonyms for themselves (VB and RB) and the Student (SB) until the Court deems otherwise.

                                                PLAINTIFFS V.B. and R.B., individually
                                                and as next friend of S.B.

By: _____[signature]_____
      VB and RB, *pro se*