UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| V.B. and R.B. individually and as next Friends of S.B. | : | NO.: 3:22-CV-00174-AWT |
| | : | |
| v. | : | |
| | : | |
| Monroe Board of Education | : | APRIL 25, 2022 |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the defendant, Monroe Board of Education, hereby move to dismiss Count Two of the plaintiffs' Complaint.

As more particularly set forth in the attached memorandum of law, Count Two should be dismissed for the following reasons:

i. V.B. is not authorized to represent S.B. or R.B. in asserting a claim under Section 504 of the Rehabilitation Act;

ii. The plaintiffs lack standing to pursue their Section 504 claim; and

iii. The plaintiffs have failed to state a claim under Section 504 absent factual allegations to support a plausible claim that the Board acted in bad faith or exercised gross misjudgment.

WHEREFORE, the Defendant, Monroe Board of Education, respectfully requests that the Court grant the defendant's Motion to Dismiss the plaintiff's Section 504 claim.

DEFENDANT,
MONROE BOARD OF EDUCATION


By */s/ Alexandria L. Voccio*
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 (fax)
   avoccio@hl-law.com

## CERTIFICATION

       This is to certify that on April 25, 2022, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Pro-Se
V.B.
Monroe, CT 06468
boshka@sbcglobal.net

                                                      */s/ Alexandria L. Voccio*
                                                      Alexandria L. Voccio