**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| V.B. and R.B., individually and as next Friends of S.B., : | CIV. NO. 3:22-CV-00174 (AWT) | |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| MONROE BOARD OF EDUCATION, : | | |
| Defendant. : | June 15, 2022 | |
| : | | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

Plaintiffs VB and RB ("Parents"), as next friend of SB ("Student"), respectfully submit this response to Defendant's partial motion to dismiss dated April 25, 2022 (Doc. 12-1).

Defendants move to dismiss Plaintiffs' Section 504 claim in Count Two in part because Plaintiffs are proceeding pro se. Because Plaintiffs are not able at this time to engage counsel, they consent to dismissal of Count Two and seek permission to file an amended complaint that removes Count Two.

WHEREFORE, Plaintiffs consent to dismissal of Count Two and seek leave to file an amended one-count complaint/appeal.

PLAINTIFFS V.B. and R.B., individually
 and as next friend of S.B.

By: ___VB_____
VB, *pro se*

By: ___RB_____
RB, *pro se*

**CERTIFICATION**

This is to certify that on June 15, 2022, a copy of the foregoing Plaintiffs' Response to Defendant's Partial Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.



_____/s/*VB*_____