UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| V.B. and R.B. individually and as next Friends of S.B. | : | NO.: 3:22-CV-00174-AWT |
| | : | |
| v. | : | |
| | : | |
| Monroe Board of Education | : | AUGUST 10, 2022 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendant, Monroe Board of Education, hereby moves the Court for an extension of time of thirty days up to and including September 15, 2022 to file a response to the plaintiff's amended complaint, which was served on the defendant on August 2, 2022.

Additional time is necessary as I will be out of state on vacation until August 22, 2022. I have scheduled depositions and hearings daily upon my return.

The undersigned counsel has contacted pro-se V. B., and has been advised that V.B. has no objection to the granting of this motion.

WHEREFORE, the undersigned defendant hereby requests that its Motion for Extension of Time, up to and including September 15, 2022, be granted.

                                DEFENDANT,
                                MONROE BOARD OF EDUCATION


By  */s/ Alexandria L. Voccio*
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 (fax)
   Avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that on August 10, 2022 a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Pro-Se
V.B.
Monroe, CT 06468


                                     */s/ Alexandria L. Voccio*
                                      Alexandria L. Voccio