UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| V.B. and R.B. individually and as next Friends of S.B. | : | NO.: 3:22-CV-00174-AWT |
| | : | |
| v. | : | |
| | : | |
| Monroe Board of Education | : | SEPTEMBER 15, 2022 |

## MONROE BOARD OF EDUCATION'S
## ANSWERS TO AMENDED COMPLAINT

1. As to paragraph 1, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

2. As to paragraph 2, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

3. Paragraph 3 is admitted, upon information and belief.

4. That portion of paragraph 4 which states, "The Monroe Board of Education ("Board") is a local educational agency ("LEA") and a board of education established under the laws of the State of Connecticut" is admitted. As to the remainder of paragraph 4, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

5. That portion of paragraph 5 which states, "The Board failed to meet its obligations in these three areas, but HO Dixon did not recognize all of the Board's violations and did not order appropriate remedies" is denied.  As to the remainder of paragraph 5, the defendant does respond because it calls for a legal conclusion.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. As to paragraph 8, the defendant denies that it committed procedural violations that denied the minor plaintiff a Free and Appropriate Education.  As to the remainder of paragraph 8, the defendant does respond because it calls for a legal conclusion.

9. As to paragraph 9, the defendant denies that it committed procedural violations that denied the minor plaintiff a Free and Appropriate Education. As to the remainder of paragraph 9, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

12. As to paragraph 12, the defendant denies that it committed procedural violations that denied the minor plaintiff a Free and Appropriate Education.  As to the remainder of paragraph 12, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

13. Paragraph 13 is denied.

14. As to paragraph 14, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

15. As to paragraph 15, the defendant denies that it failed to timely provide an appropriate accommodation. As to the remainder of paragraph 15, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

16. As to paragraph 16, the defendant denies that it failed to timely provide an appropriate accommodation. As to the remainder of paragraph 16, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

17. As to paragraph 17, the defendant denies that it failed to timely provide an appropriate accommodation. As to the remainder of paragraph 17, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof.

18. Paragraph 18 is denied.

19. As to paragraph 19, the defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein, and therefore leaves the plaintiffs to their burden of proof

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. Paragraph 24 is denied.

25. Paragraph 25 is denied.

26. Paragraph 26 is denied.

27. Paragraph 27 is denied.

DEFENDANT,
MONROE BOARD OF EDUCATION

By /s/ Alexandria L. Voccio
Alexandria L. Voccio
ct21792
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
(860) 249-7665 (fax)
avoccio@hl-law.com

**CERTIFICATION**

      This is to certify that on September 15, 2022 a copy of the foregoing Answer to Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Pro-Se
V.B. and R.B.
Monroe, CT 06468
boshka@sbcglobal.net

                                                                                                       */s/ Alexandria L. Voccio*
                                                                                                         Alexandria L. Voccio