**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| V.B. and R.B., individually and as next | : | CIV. NO. 3:22-CV-00174 (AWT) |
| Friends of S.B., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MONROE BOARD OF EDUCATION, | : | |
| Defendant. | : | September 22, 2023 |
| | : | |

**PLAINTIFFS' MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD**

Pursuant to Rule 20 U.S.C. § 1415(i)(2)(B), the plaintiffs V.B. and R.B. ("plaintiffs"),

hereby move this Court to supplement the record in this appeal of an administrative decision

rendered pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§1401, *et seq*.

("IDEA").

Plaintiffs move to supplement the record with a copy of the decision in Case No. 19-

0292 before the Connecticut Department of Education, as well as Exhibits P24, P35, P36, P38,

P41, and P144, which were submitted in the administrative hearing that is the subject of this

appeal but were not admitted into evidence.  As is explained in the accompanying

Memorandum of Law, because the hearing officer excluded this evidence, which is relevant and

probative to the issues decided and errors made by the hearing officer, they should be included

in the administrative record to aid the decision on appeal by this Court.

**CONCLUSION**

Wherefore, plaintiffs respectfully request that the decision in Case. No. 19-0292, and

Exhbits P24, P35, P36, P38, P41, and P144, submitted but not admitted in the hearing below, be

permitted to supplement the administrative record.

> Respectfully submitted,
> VB and RB

By:    */s/Meredith C. Braxton*
       Meredith C. Braxton (ct17395)
       Meredith C. Braxton Esq., LLC
       57 Old Post Road 2, Suite 201
       Greenwich, CT 06830
       Tel: 203.661.4610
       Fax: 203.661.4611
       Email: mbraxton@braxton-law.com

**CERTIFICATION**

This is to certify that on September 22, 2023, a copy of the foregoing Motion to

Supplement the Administrative Record was filed electronically and served by mail on anyone

unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all

parties by operation of the Court's electronic filing system or by mail to anyone unable to

accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this

filing through the Courts CM/ECF System.

*/s/Meredith C. Braxton*

2